DEL BALSO CONSTRUCTION CORPORATION et al., Appellants, *v.* GEORGE J. GILLESPIE et al., Constituting the Board of Water Supply of the City of New York et al., Respondents.

(Argued February 20, 1929; decided March 19, 1929.)

*Leonard M. Wallstein, Ralph M. Frink* and *Benjamin Menschel* for appellants.

*George P. Nicholson, Corporation Counsel (Denis R. O'Brien* and *J. Joseph Lilly* of counsel), for George J. Gillespie et al., respondents.

*John F. Collins, Harry S. Bandler* and *Harry Merwin* for Patrick McGovern, Inc., respondent.

Order affirmed, with costs. Questions certified answered in the negative; no opinion.

Concur: POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Dissenting: CARDOZO, Ch. J.